JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT YORK, | ) Case No. 2:22-cv-09127-JAK (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Denying Application for Preliminary Injunction and Temporary Restraining Order, and Summarily Dismissing Complaint,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice and without leave to amend.

Dated: February 2, 2023

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE